# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DELMAR KENNETH SPENCER,<br><br>    Defendant. | Case No. 3:21-cr-00012-SLG-MMS |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 282. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written consents of Defendant, counsel for Defendant, and counsel for the United States.[1] A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 2s of the Second Superseding Indictment, Possession with Intent to Distribute, which is a violation of 21 U.S.C. § 841(a)(1); Count 3s of the Second Superseding Indictment, Possession with Intent to Distribute, which is a violation of 21 U.S.C. § 841(a)(1); and Count 7s of the Second Superseding Indictment, Felon in Possession of a Firearm, which is a

---

[1] Docket 298.

violation of 18 U.S.C. § 922(g)(1).[2]  Defendant admitted Criminal Forfeiture Allegations 1 and 2.

Judge Scoble issued a Final Report and Recommendation at Docket 317, in which he recommended that the District Court accept Defendant's pleas of guilty to Counts 2s 3s, and 7s of the Second Superseding Indictment and admissions to Criminal Forfeiture Allegations 1 and 2.  No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1).  The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's pleas of guilty to Count 2s (Possession with Intent to Distribute), Count 3s (Possession with Intent to Distribute), and Count 7s (Felon in Possession), of the Second Superseding Indictment and admissions to Criminal Forfeiture Allegations 1 and 2.  Defendant is adjudged GUILTY of Counts 2s, 3s, and 7s.  An Imposition of Sentence hearing has been scheduled for **May 13, 2022, at 10:00 a.m. in Anchorage Courtroom 3.**

DATED this 23rd day of March, 2022, at Anchorage, Alaska.

*/s/ Sharon L Gleason*
UNITED STATES DISTRICT JUDGE

---

[2] Docket 296.

Case No. 3:21-cr-00012-SLG-MMS, *United States v. Spencer*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00012-SLG-MMS   Document 322   Filed 03/23/22   Page 2 of 2